UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIFATAH HUSSEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.,<br><br>    Defendant. | Case No. C25-216-RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This matter comes before the Court on Defendant Transunion Risk and Alternative Data Solutions, Inc.'s Unopposed Motion for Extension of Time to File Answer, Dkt. #28. Finding good cause, the Court hereby GRANTS the Motion. Defendant's motion, Dkt. #27, is STRICKEN as moot. The deadline for Defendant to file a responsive pleading is Thursday, November 20, 2025.

DATED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE