UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIFATAH HUSSEIN,<br><br>      Plaintiff,<br><br>v.<br><br>TRANS UNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.,<br><br>      Defendant. | Case No.: 2:25-cv-00216-RSM<br><br>**ORDER** |

Upon review of the Parties' Joint Motion to Amend the Scheduling Order and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**.

The deadlines are hereby extended by 120 days. A new scheduling order will be issued.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE