**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ABDIFATAH HUSSEIN,<br><br>              Plaintiff,<br><br>v.<br><br>TRANS UNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.,<br><br>              Defendant. | **Case No.: 2:25-cv-00216-RSM**<br><br>District Judge Ricardo S. Martinez<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation of Dismissal without Prejudice as to Defendant TransUnion Risk and Alternative Data Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.  This case is CLOSED.

Dated this 23rd of March, 2026

_____
HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO.: 2:25-cv-00216-RSM

1